Before STATE INDUSTRIAL BOARD, Respondent.   LOUIS REALE, Respondent, v. HALCOMB STEEL COMPANY, Appellant.— Award reversed, and matter remitted to the State Industrial Board, with costs against said Board to abide the event. All concur.